*F. B. Coogler,* for Appellee.

---

Florida East Coast Railway Company, Plaintiff in Error,
v. Mary L. Poe, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for the plaintiff in error.

*A. V. S. Smith, Armistead Brown* and *Egford Bly,* for Plaintiff in Error;

*A. H. King* and *Roswell King,* for Defendant in Error.

---

Walter Walden, et al., Appellants v. Ollie M. Chamberlain, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for appellants.

*Lilburn R. Railey,* for Appellants;

*A. J. Rose,* for Appellee.